

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Alex Silagi*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*alex.silagi@usdoj.gov*

main: (973) 645-2700
direct: (973) 353-6100
fax: (973) 297-2010

November 7, 2022

**BY ECF**
The Honorable Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Akpan v. Blinken et al.*, No. 22-cv-5201 (CPO)

Dear Judge O'Hearn:

    This Office represents the Government in this immigration mandamus matter, in which Plaintiff Oto-Obong Akpan challenges the length of time taken by U.S. Customs and Immigration Services ("USCIS") to decide his Form I-290B Notice. The Government respectfully requests a 30-day extension of time from today's date to answer or respond to the Complaint. Since Plaintiff filed this action, USCIS has granted Plaintiff's Notice and will issue the confirming paperwork. When Plaintiff receives the paperwork, the mandamus action will become moot. For these reasons, the Government respectfully requests an extension of time to answer or otherwise respond to the Complaint until December 7, 2022.

    Plaintiffs' counsel graciously consents to this request. We thank the Court for its attention to this matter.

SO ORDERED this 8th day of November 2022

*Christine P. O'Hearn*
**United States District Judge**

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:   *s/ Alex Silagi*
      ALEX D. SILAGI
      Assistant United States Attorney

cc:    Counsel of Record (by ECF)

Case 1:22-cv-05201-CPO Document 5 Filed 11/08/22 Page 1 of 1 PageID: 33